690 A.2d 604

METROBANK FOR SAVINGS, FSB, ETC. v. THE
FARMERS' MUTUAL FIRE ASSURANCE
ASSOCIATION OF NEW JERSEY.

CONDORP, INC., ET AL. v. CITICORP, INC.
AND UNITED JERSEY BANK.

February 6, 1997.

ORDER

This matter having been duly considered and the Court having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed.